# United States Court of Appeals for the Fifth Circuit

————————

No. 24-10274
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID DANIEL KOAN,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-137-1

———————————————————————

Before HIGGINBOTHAM, JONES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent David Daniel Koan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Koan has not filed a response.

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10274

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that we lack jurisdiction to consider this appeal. Accordingly, the appeal is DISMISSED and counsel's motion to withdraw is DENIED as unnecessary. *See United States v. Powell*, 468 F.3d 862, 863 (5th Cir. 2006).